No. 6191.—PURÓN, apldo., *v.* LLORENS TORRES, aplte.—C. D. San Juan. Noviembre 15, 1932.

(Por la corte, a propuesta del Juez Presidente Sr. del Toro.)

POR CUANTO, de la moción jurada de la parte apelada notificada a la apelante y de los documentos acompañados a la misma aparece que la apelación en este caso se interpuso el 6 de octubre último contra sentencia dictada el 6 de septiembre anterior y se trata de un pleito en cobro de $880 por concepto de cánones correspondientes a los últimos cinco meses del año 1931 y a los primeros seis meses del 1932 de una casa del demandante dada en arrendamiento al demandado, en el cual emplazado el demandado dejó de comparecer, anotándose su rebeldía y dictándose sentencia en su contra previa inclusión del pleito en calendario especial y práctica de prueba testifical y documental durante el juicio al cual dejó de comparecer el demandado;

POR CUANTO, señalada la vista de la moción para el 14 de noviembre actual también faltó en comparecer el demandado apelante quien ha dejado de impugnar la moción en forma alguna; y

POR CUANTO, la frivolidad del recurso surge enteramente clara de los autos y de la propia actitud del demandado;

POR TANTO, de acuerdo con la jurisprudencia establecida en el caso de *Fajardo* v. *Fajardo,* 28 D.P.R. 523, se declara con lugar la moción y en su consecuencia se desestima el recurso.